MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 14 2016

**KENNETH F. SMITH**
THE LAW OFFICES OF KENNETH F. SMITH, PLLC
16 COURT STREET, SUITE 2901
BROOKLYN, NY 11241
646.450.9929
mail@kfslawfirm.com

June 13, 2016

BY ECF
**The Honorable James C. Francis**
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted. No additional extensions will be granted absent good cause. As this case has not been referred to Judge Francis, correspondence should be addressed to the undersigned.

_____
Ronnie Abrams, U.S.D.J.
June 14, 2016

RE: Villalta v. J.S. Barkats et.al. - 16-CV-2772 (RA)(JCF)

Your Honor,

   I have been recently retained to represent defendants, Sunny Barkats and J.S. Barkats, PLLC, in this action.

   Defendants were served with a Notice of Lawsuit, Complaint and Request for Waiver of Service (which was executed by defendants) on or about April 14, 2016. Accordingly, responsive pleadings are due June 13, 2016.

   Defendants respectfully request a two-week extension to respond to the Complaint, until June 27, 2016. This is the first such request.

   Counsel for plaintiffs has provided limited consent to this request[1].

   Accordingly, and without waiving any defenses, claims and counter-claims available under applicable law, defendants request said extension, until June 27, 2016, to respond to the Complaint.

Respectfully submitted,

/S/ KENNETH F. SMITH
Kenneth F. Smith
*Attorney for Defendants*

---

[1] Counsel for Plaintiff consents to an extension of time only for defendants to Answer but apparently not to file any other type of pleading.