ABRAMS, J

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
DENISSE VILLALTA

            Plaintiff,

   -against-

J.S. BARKATS, PLLC AND SUNNY BARKATS

           Defendants.
---------------------------------------------------------------- X

**STIPULATION**

16-CV-2772 (RA)(JCF)

    It is hereby stipulated by and between the undersigned attorneys of record for the parties that:

    (1) Whereas plaintiff and defendants have executed an arbitration agreement that mandates arbitration in the event of a dispute arising out of plaintiff's employment with defendants;

    (2) Whereas the parties intend to arbitrate their dispute under the rules of the AAA;

    (3) The parties respectfully request that this Court *stay* the litigation currently pending, pursuant to Katz v. Cellco Partnership, 794 F.3d 341 (2d Cir. 2015), so that the parties may proceed to arbitration per their agreement.

    Respectfully submitted,

Dated: Brooklyn, New York
June 27, 2016

Borrelli & Associates, P.L.L.C.
*Attorney for Plaintiff*

*/s/*

**Alexander Todd Coleman**, *Esq.*
1010 Northern Boulevard,
Suite 328
Great Neck, NY 11021

Kenneth F. Smith
*Attorney for Defendants*

*/s/*

Law Offices of Kenneth F. Smith, PLLC
16 Court Street, Suite 2901
Brooklyn, NY 11241
(646) 450-9929

Application granted. The parties shall notify the Court within one week of the conclusion of arbitration.

SO ORDERED:

HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT COURT JUDGE

6/28/16