| | |
|---|---|
| **From:** | John Sands |
| **To:** | Alexander Coleman; Taylor Koss |
| **Cc:** | Pooja Bhutani; Kenneth Smith; Cheryl Florio; Hilda Rivera |
| **Subject:** | Denisse Villalta v. JS Barkats PLLC and Sunny Barkats, AAA Case No. 01-16-0003-0368, JS Case No. 4425. |
| **Date:** | Thursday, August 25, 2016 2:27:45 PM |

Dear colleagues:

This will confirm the results of our August 25, 2016 case management conference call in the above matter.  First, I appreciate your confidence in having chosen me to mediate this case.  The terms of my service are set forth in the American Arbitration Association's Employment Mediation Procedures, copies of which are available on the AAA's web site, www.adr.org.  In accordance with the parties' July 20, 2016 notice to the AAA, I understand that respondents will be initially responsible for my entire fees and expenses.  You have advised me that claimant has agreed to reimburse respondents for 5% of my fees and expenses up to a maximum of $500, unless of course the parties' settlement agreement provides otherwise.  The AAA will accordingly send my Advance Invoice to respondents' counsel, which I should appreciate Mr. Koss's forwarding to the proper person
for prompt payment well prior to the mediation's start.  The AAA will hold that payment in escrow to be disbursed to me as earned or incurred.  Unearned amounts will, of course, be refunded.





      I believe the foregoing correctly summarizes our call.  If I have omitted or misstated anything, please confer and either advise me of the agreed correction or arrange with our AAA Case Administrator, Cheryl Florio, for another conference call.

Best regards. John

John E. Sands, Esq.
Arbitrator and Mediator
425 Eagle Rock Avenue - Second Floor
Roseland, New Jersey 07068-1717
Tel. 973-226-6620
Fax 973-226-6553
www.SandsADR.com

**Please note our new address and phone numbers.**

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressees and may contain confidential or privileged information. If you are not the intended recipient, please notify John E. Sands, Esq., by telephone at 973-226-6620 or by e-mail at the e-mail address indicated; and please destroy all copies of this message and any attachments. Receipt by anyone other than the intended recipient is not a waiver of any arbitrator's, mediator's, attorney/client, or work-product immunity, privilege, or other applicable protection.

DISCLAIMER

John E. Sands, Esq. works exclusively as a neutral and does not provide legal representation, nor does he provide legal advice. Nothing in this email is intended to offer legal advice, and no attorney-client relationship is formed through any exchange of correspondence related to this e-mail.