```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/08/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISSE VILLALTA,

           Plaintiff,

v.

JS BARKATS, P.L.L.C. and SUNNY BARKATS,

           Defendants.

No. 16-CV-2772 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons stated on the record during today's conference, Plaintiff's motion to lift the stay in this case is granted, and Defendants' cross-motion to compel arbitration is denied. Defendants may submit a motion for reconsideration within one week, and Plaintiff shall have one week to respond. Defendants' deadline to answer or otherwise respond to the Complaint shall be stayed pending resolution of the contemplated motion for reconsideration. The Clerk of Court is respectfully directed to terminate the motions pending at Docket Numbers 16 and 29.

SO ORDERED.

Dated:    September 8, 2017
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge