# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

January 2, 2020

*Via ECF Only*
The Honorable Robert W. Lehrburger
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Villalta v. J.S. Barkats P.L.L.C., et al.</u>, 16-cv-2772 (RA)(RWL)

Dear Judge Lehrburger:

    As the Court knows, we represent the Plaintiff, Denisse Villalta, in the above-referenced sexual harassment/employment discrimination matter. We write to advise that since Plaintiff filed her November 22, 2019 letter (ECF # 87) seeking an entry of default against Defendants, Defendants have neither responded to said letter, nor has Defenant Barkats returned for his deposition despite expiration of the Court's November 30, 2019 deadline for same. We thank the Court for its time and attention to this matter.

                                                             Respectfully submitted,

                                                              Michael R. Minkoff, Esq.
                                                                 *For the Firm*

Copies to:    Counsel for Defendants (*via* ECF)