USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISSE VILLALTA,

                Plaintiff,

v.

JS BARKATS, PLLC; SUNNY BARKATS,

                Defendants.

No. 16-CV-2772 (RA)

AMENDED
ORDER OF REFERENCE

RONNIE ABRAMS, United States District Judge:

This action is referred to Magistrate Judge Lehrburger for the following purpose:

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| | Specific Non-Dispositive Motion/Dispute: | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| X | Inquest After Default/Damages Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: |

SO ORDERED.

Dated:    July 24, 2020
            New York, New York

_____
Ronnie Abrams
United States District Judge