# BORRELLI & ASSOCIATES
#### P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

September 15, 2020

*Via ECF Only*
The Honorable Robert W. Lehrburger
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2020
```

Re:   *Villalta v. J.S. Barkats P.L.L.C., et al.*, 16-cv-2772 (RA)(RWL)

Dear Judge Lehrburger:

      As the Court knows, we represent the Plaintiff, Denisse Villalta, in the above-referenced matter. We write to request a thirty-day extension of time to submit Plaintiff's proposed findings of fact and conclusions of law, as directed by the Court's August 24, 2020 Order (ECF # 95). The new deadline for submission would be October 21, 2020, with Defendants' responses, if any, due on or before November 4, 2020. This is the first request to extend this deadline and no other dates or deadlines will be impacted. Defendants' counsel consents to this request. We thank the Court for its time and attention to this matter.

                                Respectfully submitted,

                                Michael R. Minkoff, Esq.
                                *For the Firm*

Copies to:   Counsel for Defendants (*via* ECF)

SO ORDERED:

9/15/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE