USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2021

**LAW OFFICES OF MICHELE A. BAPTISTE**
**1225 FRANKLIN AVENUE, SUITE 325**
**GARDEN CITY, NY 11530**
**(516) 384-6234**
**(516) 908-3531(fax)**

email:mab@baptistelaw.com

January 11, 2021

<u>Via ECF Only</u>
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Villalta v. J.S. Barkats P.L.L.C. et. al, 16-cv-2772(RA)(RWL)</u>

Dear Judge Lehrburger:

    This office represents the Defendants, Sunny Barkats and J.S. Barkats P.L.L.C. I write to write a 2-week extension from January 11, 2021 to January 25, 2021 to respond to the Plaintiff's Proposed Findings of Fact and Conclusions of Law. I apologize in advance for the belated request which is due to a family emergency. Plaintiff's counsel has consented to the request. Thank you in advance for your consideration.

Respectfully submitted,

*Michele A. Baptiste*
Michele A. Baptiste, Esq.

Cc: Michael Minkoff, Esq. (via ecf)

SO ORDERED:
1/12/2021
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE