```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DENISSE VILLALTA,                                              :
                                                               :    16-CV-2772 (RA) (RWL)
                                       Plaintiff,              :
                                                               :
                  - against -                                  :    ORDER
                                                               :
JS BARKATS, P.L.L.C., et al.,                                  :
                                                               :
                                       Defendants.             :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court will hold an inquest hearing on April 7, 2021 at 9:30 a.m. The hearing will be held remotely. Information for participation will be provided at a later date. At the hearing, the Court will take testimony on damages from the Plaintiff, and anyone else that Plaintiff wishes to have testify. The Court, however, finds the affidavits of Ms. Spinelli and Ms. Sevecharan to be sufficient such that their testimony is not necessary. With respect to Ms. Urban, no testimony will be necessary; however, Plaintiff must submit fully unredacted copies of the treatment notes; the current copies on file are redacted. The unredacted copies shall be filed by March 10, 2021.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    March 1, 2021
              New York, New York