```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENISSE VILLALTA,

                              Plaintiff,

          - against -

JS BARKATS, P.L.L.C., et al.,

                            Defendants.
------------------------------------------------------------X

16-CV-2772 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the inquest hearing held on April 7, 2021:

1. By April 12, 2021, the parties may submit letters of no more than two pages addressing the issue of the proper damages accounting for time periods when Plaintiff earned more than what she would have been earning at the Defendants' firm.

2. Within five days after the Court issues its ruling with respect to item 1. above, Plaintiff shall submit a revised damages summary with (a) proper damages accounting consistent with the ruling; (b) corrected start and end dates as discussed at the hearing; (c) $0 for the time period (5/1/2018-8/15/2018) that Plaintiff voluntarily left her employment to have cosmetic surgery; and (d) identification of the midpoint date on which pre-judgment interest was calculated and identification of the source of the interest rate used.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated:   April 7, 2021
         New York, New York

Copies transmitted this date to all counsel of record.