*Villalta v. JS Barkats P.L.L.C.*, Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 1 - Revised Lost Wages Damages Summary**

| Start Date | End Date | # of Weeks | Barkats Pay | Current Pay (if any) | Lost Wages |
|---|---|---|---|---|---|
| 10/31/2014 | 8/16/2015 | 41.3 | $576.92 | $1,770.00 total | $22,048.68 |
| 8/17/2015 | 10/16/2015 | 8.6 | $576.92 | $420.00 | $1,345.05 |
| 10/17/2015 | 1/15/2016 | 12.9 | $576.92 | $0.00 | $7,417.58 |
| 1/16/2016 | 4/15/2016 | 12.9 | $576.92 | $490.00 | $1,117.58 |
| 4/16/2016 | 6/25/2016 | 10.0 | $576.92 | $0.00 | $5,769.23 |
| 6/26/2016 | 4/20/2018 | 94.7 | $576.92 | $720.00 | -$13,551.43 |
| 4/21/2018 | 8/15/2018 | 16.6 | $576.92 | $0.00 | $0.00 |
| 8/16/2018 | 10/9/2018 | 7.7 | $576.92 | $960.00 | -$2,955.16 |
| 10/10/2018 | 10/31/2018 | 3.0 | $576.92 | $0.00 | $1,730.77 |
| Midpoint Date | 10/30/2016 | | *Today* | Total Lost Wages | $22,922.31 |
| Interest Calculation | | | *4/12/2021* | With Interest Owed | $24,352.84 |
| Lost Wages | $22,922.31 | | | Emotional Harm | $1,000,000.00 |
| Number of Days | 1624.5 | | | Punitive Damages | $2,000,000.00 |
| Interest Rate | 1.014% | | | Attorneys' Fees* | $128,056.74 |
| Average Interest Per Day | $0.64 | | | Costs | $2,312.24 |
| Simple Interest Owed | $1,034.56 | | | Total Award Sought: | $3,177,644.13 |
| Compound Interest Owed | $1,430.54 | | | | |
| Interest Owed Per Day | $0.88 | | | | |

*: Plaintiff reserves the right to revise her attorneys' fees award request prior to the entry of final judgment based on her increased lodestar from the date of submission of her this letter until the Court's final ruling on same.