*Villalta v. JS Barkats P.L.L.C.*, Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 - Daily Treasury Interest Rates***

**Historical Treasury Bill Rate**

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 10/31/2014 | 0.11 | | |
| 11/3/2014 | 0.12 | | |
| 11/4/2014 | 0.11 | | |
| 11/5/2014 | 0.11 | | |
| 11/6/2014 | 0.12 | | |
| 11/7/2014 | 0.12 | | |
| 11/10/2014 | 0.13 | | |
| 11/12/2014 | 0.14 | | |
| 11/13/2014 | 0.15 | | |
| 11/14/2014 | 0.15 | | |
| 11/17/2014 | 0.15 | | |
| 11/18/2014 | 0.14 | | |
| 11/19/2014 | 0.15 | | |
| 11/20/2014 | 0.14 | | |
| 11/24/2014 | 0.14 | | |
| 11/25/2014 | 0.14 | | |
| 11/26/2014 | 0.14 | | |
| 11/28/2014 | 0.13 | | |
| 12/1/2014 | 0.13 | | |
| 12/2/2014 | 0.14 | | |
| 12/3/2014 | 0.15 | | |
| 12/4/2014 | 0.14 | | |
| 12/5/2014 | 0.18 | | |
| 12/8/2014 | 0.18 | | |
| 12/9/2014 | 0.23 | | |
| 12/10/2014 | 0.21 | | |
| 12/11/2014 | 0.21 | | |
| 12/12/2014 | 0.19 | | |
| 12/15/2014 | 0.22 | | |
| 12/16/2014 | 0.21 | | |
| 12/17/2014 | 0.23 | | |
| 12/18/2014 | 0.25 | | |
| 12/19/2014 | 0.26 | | |
| 12/22/2014 | 0.28 | | |
| 12/23/2014 | 0.26 | | |
| 12/24/2014 | 0.26 | | |
| 12/26/2014 | 0.26 | | |
| 12/29/2014 | 0.25 | | |
| 12/30/2014 | 0.23 | | |
| 12/31/2014 | 0.25 | | |
| 1/2/2015 | 0.25 | | |

**Available at*: https://www.macrotrends.net/2492/1-year-treasury-rate-yield-chart (*last accessed* Apr. 12, 2021, 1:00 p.m.)

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 1/5/2015 | 0.26 | | |
| 1/6/2015 | 0.25 | | |
| 1/7/2015 | 0.25 | | |
| 1/8/2015 | 0.23 | | |
| 1/9/2015 | 0.22 | | |
| 1/12/2015 | 0.19 | | |
| 1/13/2015 | 0.2 | | |
| 1/14/2015 | 0.18 | | |
| 1/15/2015 | 0.16 | | |
| 1/16/2015 | 0.17 | | |
| 1/20/2015 | 0.17 | | |
| 1/21/2015 | 0.17 | | |
| 1/22/2015 | 0.17 | | |
| 1/23/2015 | 0.17 | | |
| 1/26/2015 | 0.18 | | |
| 1/27/2015 | 0.17 | | |
| 1/28/2015 | 0.17 | | |
| 1/29/2015 | 0.17 | | |
| 1/30/2015 | 0.18 | | |
| 2/2/2015 | 0.17 | | |
| 2/3/2015 | 0.21 | | |
| 2/4/2015 | 0.2 | | |
| 2/5/2015 | 0.2 | | |
| 2/6/2015 | 0.26 | | |
| 2/9/2015 | 0.24 | | |
| 2/10/2015 | 0.25 | | |
| 2/11/2015 | 0.24 | | |
| 2/12/2015 | 0.23 | | |
| 2/13/2015 | 0.23 | | |
| 2/17/2015 | 0.25 | | |
| 2/18/2015 | 0.23 | | |
| 2/19/2015 | 0.23 | | |
| 2/20/2015 | 0.23 | | |
| 2/23/2015 | 0.22 | | |
| 2/24/2015 | 0.22 | | |
| 2/25/2015 | 0.21 | | |
| 2/26/2015 | 0.22 | | |
| 2/27/2015 | 0.22 | | |
| 3/2/2015 | 0.22 | | |
| 3/3/2015 | 0.26 | | |
| 3/4/2015 | 0.26 | | |
| 3/5/2015 | 0.25 | | |
| 3/6/2015 | 0.27 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 3/9/2015 | 0.27 | | |
| 3/10/2015 | 0.25 | | |
| 3/11/2015 | 0.25 | | |
| 3/12/2015 | 0.24 | | |
| 3/13/2015 | 0.24 | | |
| 3/16/2015 | 0.26 | | |
| 3/17/2015 | 0.27 | | |
| 3/18/2015 | 0.23 | | |
| 3/19/2015 | 0.26 | | |
| 3/20/2015 | 0.24 | | |
| 3/23/2015 | 0.24 | | |
| 3/24/2015 | 0.24 | | |
| 3/25/2015 | 0.25 | | |
| 3/26/2015 | 0.28 | | |
| 3/27/2015 | 0.27 | | |
| 3/30/2015 | 0.27 | | |
| 3/31/2015 | 0.26 | | |
| 4/1/2015 | 0.27 | | |
| 4/2/2015 | 0.25 | | |
| 4/3/2015 | 0.21 | | |
| 4/6/2015 | 0.21 | | |
| 4/7/2015 | 0.22 | | |
| 4/8/2015 | 0.22 | | |
| 4/9/2015 | 0.22 | | |
| 4/10/2015 | 0.24 | | |
| 4/13/2015 | 0.23 | | |
| 4/14/2015 | 0.23 | | |
| 4/15/2015 | 0.23 | | |
| 4/16/2015 | 0.22 | | |
| 4/17/2015 | 0.23 | | |
| 4/20/2015 | 0.24 | | |
| 4/21/2015 | 0.23 | | |
| 4/22/2015 | 0.23 | | |
| 4/23/2015 | 0.24 | | |
| 4/24/2015 | 0.24 | | |
| 4/27/2015 | 0.25 | | |
| 4/28/2015 | 0.24 | | |
| 4/29/2015 | 0.25 | | |
| 4/30/2015 | 0.24 | | |
| 5/1/2015 | 0.25 | | |
| 5/4/2015 | 0.25 | | |
| 5/5/2015 | 0.24 | | |
| 5/6/2015 | 0.25 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 5/7/2015 | 0.24 | | |
| 5/8/2015 | 0.23 | | |
| 5/11/2015 | 0.25 | | |
| 5/12/2015 | 0.25 | | |
| 5/13/2015 | 0.24 | | |
| 5/14/2015 | 0.23 | | |
| 5/15/2015 | 0.23 | | |
| 5/18/2015 | 0.22 | | |
| 5/19/2015 | 0.23 | | |
| 5/20/2015 | 0.23 | | |
| 5/21/2015 | 0.22 | | |
| 5/22/2015 | 0.23 | | |
| 5/26/2015 | 0.24 | | |
| 5/27/2015 | 0.27 | | |
| 5/28/2015 | 0.26 | | |
| 5/29/2015 | 0.26 | | |
| 6/1/2015 | 0.26 | | |
| 6/2/2015 | 0.26 | | |
| 6/3/2015 | 0.26 | | |
| 6/4/2015 | 0.27 | | |
| 6/5/2015 | 0.29 | | |
| 6/8/2015 | 0.27 | | |
| 6/9/2015 | 0.27 | | |
| 6/10/2015 | 0.28 | | |
| 6/11/2015 | 0.28 | | |
| 6/12/2015 | 0.28 | | |
| 6/15/2015 | 0.28 | | |
| 6/16/2015 | 0.28 | | |
| 6/17/2015 | 0.27 | | |
| 6/18/2015 | 0.26 | | |
| 6/19/2015 | 0.25 | | |
| 6/22/2015 | 0.27 | | |
| 6/23/2015 | 0.3 | | |
| 6/24/2015 | 0.3 | | |
| 6/25/2015 | 0.29 | | |
| 6/26/2015 | 0.29 | | |
| 6/29/2015 | 0.27 | | |
| 6/30/2015 | 0.28 | | |
| 7/1/2015 | 0.28 | | |
| 7/2/2015 | 0.26 | | |
| 7/6/2015 | 0.26 | | |
| 7/7/2015 | 0.25 | | |
| 7/8/2015 | 0.24 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 7/9/2015 | 0.25 | | |
| 7/10/2015 | 0.28 | | |
| 7/13/2015 | 0.28 | | |
| 7/14/2015 | 0.27 | | |
| 7/15/2015 | 0.28 | | |
| 7/16/2015 | 0.29 | | |
| 7/17/2015 | 0.29 | | |
| 7/20/2015 | 0.31 | | |
| 7/21/2015 | 0.34 | | |
| 7/22/2015 | 0.34 | | |
| 7/23/2015 | 0.33 | | |
| 7/24/2015 | 0.32 | | |
| 7/27/2015 | 0.32 | | |
| 7/28/2015 | 0.32 | | |
| 7/29/2015 | 0.33 | | |
| 7/30/2015 | 0.36 | | |
| 7/31/2015 | 0.33 | | |
| 8/3/2015 | 0.33 | | |
| 8/4/2015 | 0.37 | | |
| 8/5/2015 | 0.38 | | |
| 8/6/2015 | 0.35 | | |
| 8/7/2015 | 0.38 | | |
| 8/10/2015 | 0.4 | | |
| 8/11/2015 | 0.37 | | |
| 8/12/2015 | 0.37 | | |
| 8/13/2015 | 0.4 | | |
| 8/14/2015 | 0.41 | | |
| 8/17/2015 | 0.4 | | |
| 8/18/2015 | 0.42 | | |
| 8/19/2015 | 0.39 | | |
| 8/20/2015 | 0.39 | | |
| 8/21/2015 | 0.36 | | |
| 8/24/2015 | 0.33 | | |
| 8/25/2015 | 0.36 | | |
| 8/26/2015 | 0.35 | | |
| 8/27/2015 | 0.36 | | |
| 8/28/2015 | 0.38 | | |
| 8/31/2015 | 0.39 | | |
| 9/1/2015 | 0.39 | | |
| 9/2/2015 | 0.37 | | |
| 9/3/2015 | 0.36 | | |
| 9/4/2015 | 0.36 | | |
| 9/8/2015 | 0.39 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 9/9/2015 | 0.39 | | |
| 9/10/2015 | 0.39 | | |
| 9/11/2015 | 0.4 | | |
| 9/14/2015 | 0.4 | | |
| 9/15/2015 | 0.47 | | |
| 9/16/2015 | 0.46 | | |
| 9/17/2015 | 0.39 | | |
| 9/18/2015 | 0.35 | | |
| 9/21/2015 | 0.36 | | |
| 9/22/2015 | 0.35 | | |
| 9/23/2015 | 0.34 | | |
| 9/24/2015 | 0.32 | | |
| 9/25/2015 | 0.35 | | |
| 9/28/2015 | 0.34 | | |
| 9/29/2015 | 0.33 | | |
| 9/30/2015 | 0.33 | | |
| 10/1/2015 | 0.31 | | |
| 10/2/2015 | 0.25 | | |
| 10/5/2015 | 0.26 | | |
| 10/6/2015 | 0.26 | | |
| 10/7/2015 | 0.27 | | |
| 10/8/2015 | 0.27 | | |
| 10/9/2015 | 0.28 | | |
| 10/13/2015 | 0.27 | | |
| 10/14/2015 | 0.21 | | |
| 10/15/2015 | 0.22 | | |
| 10/16/2015 | 0.23 | | |
| 10/19/2015 | 0.23 | | |
| 10/20/2015 | 0.23 | | |
| 10/21/2015 | 0.23 | | |
| 10/22/2015 | 0.23 | | |
| 10/23/2015 | 0.24 | | |
| 10/26/2015 | 0.25 | | |
| 10/27/2015 | 0.29 | | |
| 10/28/2015 | 0.33 | | |
| 10/29/2015 | 0.33 | | |
| 10/30/2015 | 0.34 | | |
| 11/2/2015 | 0.37 | | |
| 11/3/2015 | 0.39 | | |
| 11/4/2015 | 0.4 | | |
| 11/5/2015 | 0.42 | | |
| 11/6/2015 | 0.47 | | |
| 11/9/2015 | 0.47 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 11/10/2015 | 0.51 | | |
| 11/12/2015 | 0.51 | | |
| 11/13/2015 | 0.5 | | |
| 11/16/2015 | 0.5 | | |
| 11/17/2015 | 0.5 | | |
| 11/18/2015 | 0.49 | | |
| 11/19/2015 | 0.49 | | |
| 11/20/2015 | 0.49 | | |
| 11/23/2015 | 0.5 | | |
| 11/24/2015 | 0.52 | | |
| 11/25/2015 | 0.52 | | |
| 11/27/2015 | 0.5 | | |
| 11/30/2015 | 0.51 | | |
| 12/1/2015 | 0.51 | | |
| 12/2/2015 | 0.52 | | |
| 12/3/2015 | 0.57 | | |
| 12/4/2015 | 0.6 | | |
| 12/7/2015 | 0.67 | | |
| 12/8/2015 | 0.76 | | |
| 12/9/2015 | 0.72 | | |
| 12/10/2015 | 0.71 | | |
| 12/11/2015 | 0.68 | | |
| 12/14/2015 | 0.68 | | |
| 12/15/2015 | 0.69 | | |
| 12/16/2015 | 0.7 | | |
| 12/17/2015 | 0.69 | | |
| 12/18/2015 | 0.67 | | |
| 12/21/2015 | 0.64 | | |
| 12/22/2015 | 0.66 | | |
| 12/23/2015 | 0.65 | | |
| 12/24/2015 | 0.64 | | |
| 12/28/2015 | 0.66 | | |
| 12/29/2015 | 0.67 | | |
| 12/30/2015 | 0.64 | | |
| 12/31/2015 | 0.65 | | |
| 1/4/2016 | 0.61 | | |
| 1/5/2016 | 0.68 | | |
| 1/6/2016 | 0.67 | | |
| 1/7/2016 | 0.66 | | |
| 1/8/2016 | 0.64 | | |
| 1/11/2016 | 0.63 | | |
| 1/12/2016 | 0.62 | | |
| 1/13/2016 | 0.6 | | |

*Villalta v. JS Barkats P.L.L.C.* **, Dkt. No. 16-cv-2772-RA-RWL**

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 1/14/2016 | 0.55 | | |
| 1/15/2016 | 0.49 | | |
| 1/19/2016 | 0.48 | | |
| 1/20/2016 | 0.43 | | |
| 1/21/2016 | 0.44 | | |
| 1/22/2016 | 0.47 | | |
| 1/25/2016 | 0.47 | | |
| 1/26/2016 | 0.47 | | |
| 1/27/2016 | 0.47 | | |
| 1/28/2016 | 0.47 | | |
| 1/29/2016 | 0.47 | | |
| 2/1/2016 | 0.47 | | |
| 2/2/2016 | 0.54 | | |
| 2/3/2016 | 0.54 | | |
| 2/4/2016 | 0.52 | | |
| 2/5/2016 | 0.55 | | |
| 2/8/2016 | 0.51 | | |
| 2/9/2016 | 0.52 | | |
| 2/10/2016 | 0.52 | | |
| 2/11/2016 | 0.47 | | |
| 2/12/2016 | 0.51 | | |
| 2/16/2016 | 0.51 | | |
| 2/17/2016 | 0.53 | | |
| 2/18/2016 | 0.53 | | |
| 2/19/2016 | 0.53 | | |
| 2/22/2016 | 0.55 | | |
| 2/23/2016 | 0.55 | | |
| 2/24/2016 | 0.55 | | |
| 2/25/2016 | 0.56 | | |
| 2/26/2016 | 0.6 | | |
| 2/29/2016 | 0.62 | | |
| 3/1/2016 | 0.68 | | |
| 3/2/2016 | 0.67 | | |
| 3/3/2016 | 0.65 | | |
| 3/4/2016 | 0.67 | | |
| 3/7/2016 | 0.67 | | |
| 3/8/2016 | 0.68 | | |
| 3/9/2016 | 0.68 | | |
| 3/10/2016 | 0.69 | | |
| 3/11/2016 | 0.7 | | |
| 3/14/2016 | 0.7 | | |
| 3/15/2016 | 0.71 | | |
| 3/16/2016 | 0.66 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 3/17/2016 | 0.64 | | |
| 3/18/2016 | 0.62 | | |
| 3/21/2016 | 0.63 | | |
| 3/22/2016 | 0.64 | | |
| 3/23/2016 | 0.64 | | |
| 3/24/2016 | 0.63 | | |
| 3/28/2016 | 0.65 | | |
| 3/29/2016 | 0.63 | | |
| 3/30/2016 | 0.61 | | |
| 3/31/2016 | 0.59 | | |
| 4/1/2016 | 0.62 | | |
| 4/4/2016 | 0.59 | | |
| 4/5/2016 | 0.56 | | |
| 4/6/2016 | 0.55 | | |
| 4/7/2016 | 0.52 | | |
| 4/8/2016 | 0.54 | | |
| 4/11/2016 | 0.53 | | |
| 4/12/2016 | 0.54 | | |
| 4/13/2016 | 0.55 | | |
| 4/14/2016 | 0.55 | | |
| 4/15/2016 | 0.53 | | |
| 4/18/2016 | 0.52 | | |
| 4/19/2016 | 0.53 | | |
| 4/20/2016 | 0.54 | | |
| 4/21/2016 | 0.56 | | |
| 4/22/2016 | 0.56 | | |
| 4/25/2016 | 0.57 | | |
| 4/26/2016 | 0.61 | | |
| 4/27/2016 | 0.58 | | |
| 4/28/2016 | 0.56 | | |
| 4/29/2016 | 0.56 | | |
| 5/2/2016 | 0.55 | | |
| 5/3/2016 | 0.53 | | |
| 5/4/2016 | 0.52 | | |
| 5/5/2016 | 0.51 | | |
| 5/6/2016 | 0.51 | | |
| 5/9/2016 | 0.51 | | |
| 5/10/2016 | 0.52 | | |
| 5/11/2016 | 0.53 | | |
| 5/12/2016 | 0.54 | | |
| 5/13/2016 | 0.55 | | |
| 5/16/2016 | 0.57 | | |
| 5/17/2016 | 0.58 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 5/18/2016 | 0.63 | | |
| 5/19/2016 | 0.64 | | |
| 5/20/2016 | 0.67 | | |
| 5/23/2016 | 0.69 | | |
| 5/24/2016 | 0.69 | | |
| 5/25/2016 | 0.67 | | |
| 5/26/2016 | 0.65 | | |
| 5/27/2016 | 0.68 | | |
| 5/31/2016 | 0.68 | | |
| 6/1/2016 | 0.7 | | |
| 6/2/2016 | 0.68 | | |
| 6/3/2016 | 0.6 | | |
| 6/6/2016 | 0.6 | | |
| 6/7/2016 | 0.59 | | |
| 6/8/2016 | 0.6 | | |
| 6/9/2016 | 0.59 | | |
| 6/10/2016 | 0.57 | | |
| 6/13/2016 | 0.55 | | |
| 6/14/2016 | 0.55 | | |
| 6/15/2016 | 0.52 | | |
| 6/16/2016 | 0.53 | | |
| 6/17/2016 | 0.51 | | |
| 6/20/2016 | 0.56 | | |
| 6/21/2016 | 0.57 | | |
| 6/22/2016 | 0.56 | | |
| 6/23/2016 | 0.58 | | |
| 6/24/2016 | 0.48 | | |
| 6/27/2016 | 0.45 | | |
| 6/28/2016 | 0.45 | | |
| 6/29/2016 | 0.46 | | |
| 6/30/2016 | 0.45 | | |
| 7/1/2016 | 0.45 | | |
| 7/5/2016 | 0.44 | | |
| 7/6/2016 | 0.46 | | |
| 7/7/2016 | 0.47 | | |
| 7/8/2016 | 0.48 | | |
| 7/11/2016 | 0.5 | | |
| 7/12/2016 | 0.52 | | |
| 7/13/2016 | 0.51 | | |
| 7/14/2016 | 0.53 | | |
| 7/15/2016 | 0.52 | | |
| 7/18/2016 | 0.52 | | |
| 7/19/2016 | 0.56 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL
**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 7/20/2016 | 0.56 | | |
| 7/21/2016 | 0.54 | | |
| 7/22/2016 | 0.55 | | |
| 7/25/2016 | 0.55 | | |
| 7/26/2016 | 0.55 | | |
| 7/27/2016 | 0.53 | | |
| 7/28/2016 | 0.53 | | |
| 7/29/2016 | 0.5 | | |
| 8/1/2016 | 0.5 | | |
| 8/2/2016 | 0.5 | | |
| 8/3/2016 | 0.53 | | |
| 8/4/2016 | 0.51 | | |
| 8/5/2016 | 0.56 | | |
| 8/8/2016 | 0.57 | | |
| 8/9/2016 | 0.55 | | |
| 8/10/2016 | 0.55 | | |
| 8/11/2016 | 0.55 | | |
| 8/12/2016 | 0.56 | | |
| 8/15/2016 | 0.56 | | |
| 8/16/2016 | 0.5394 | | |
| 8/17/2016 | 0.5753 | | |
| 8/18/2016 | 0.5651 | | |
| 8/19/2016 | 0.5804 | | |
| 8/22/2016 | 0.5804 | | |
| 8/23/2016 | 0.5804 | | |
| 8/24/2016 | 0.5753 | | |
| 8/25/2016 | 0.5753 | | |
| 8/26/2016 | 0.6008 | | |
| 8/29/2016 | 0.5957 | | |
| 8/30/2016 | 0.5906 | | |
| 8/31/2016 | 0.5906 | | |
| 9/1/2016 | 0.5854 | | |
| 9/2/2016 | 0.5803 | | |
| 9/5/2016 | 0.5803 | | |
| 9/6/2016 | 0.5496 | | |
| 9/7/2016 | 0.5496 | | |
| 9/8/2016 | 0.5649 | | |
| 9/9/2016 | 0.5598 | | |
| 9/12/2016 | 0.5547 | | |
| 9/13/2016 | 0.57 | | |
| 9/14/2016 | 0.6111 | | |
| 9/15/2016 | 0.5958 | | |
| 9/16/2016 | 0.6009 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 9/19/2016 | 0.606 | | |
| 9/20/2016 | 0.606 | | |
| 9/21/2016 | 0.6008 | | |
| 9/22/2016 | 0.5804 | | |
| 9/23/2016 | 0.5752 | | |
| 9/26/2016 | 0.5701 | | |
| 9/27/2016 | 0.5701 | | |
| 9/28/2016 | 0.5803 | | |
| 9/29/2016 | 0.5701 | | |
| 9/30/2016 | 0.5854 | | |
| 10/3/2016 | 0.6059 | | |
| 10/4/2016 | 0.6263 | | |
| 10/5/2016 | 0.6263 | | |
| 10/6/2016 | 0.6314 | | |
| 10/7/2016 | 0.6314 | | |
| 10/10/2016 | 0.6314 | | |
| 10/11/2016 | 0.6416 | | |
| 10/12/2016 | 0.6777 | | |
| 10/13/2016 | 0.652 | | |
| 10/14/2016 | 0.6571 | | |
| 10/17/2016 | 0.6418 | | |
| 10/18/2016 | 0.6418 | | |
| 10/19/2016 | 0.6315 | | |
| 10/20/2016 | 0.6469 | | |
| 10/21/2016 | 0.6417 | | |
| 10/24/2016 | 0.6468 | | |
| 10/25/2016 | 0.6519 | | |
| 10/26/2016 | 0.6468 | | |
| 10/27/2016 | 0.6519 | | |
| 10/28/2016 | 0.6417 | | |
| 10/31/2016 | 0.6417 | | |
| 11/1/2016 | 0.6365 | | |
| 11/2/2016 | 0.6263 | | |
| 11/3/2016 | 0.6212 | | |
| 11/4/2016 | 0.6007 | | |
| 11/7/2016 | 0.6109 | | |
| 11/8/2016 | 0.6416 | | |
| 11/9/2016 | 0.7084 | | |
| 11/10/2016 | 0.7186 | | |
| 11/11/2016 | 0.7186 | | |
| 11/14/2016 | 0.7647 | | |
| 11/15/2016 | 0.7544 | | |
| 11/16/2016 | 0.7391 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 11/17/2016 | 0.7595 | | |
| 11/18/2016 | 0.7544 | | |
| 11/21/2016 | 0.7595 | | |
| 11/22/2016 | 0.7595 | | |
| 11/23/2016 | 0.7697 | | |
| 11/24/2016 | 0.7697 | | |
| 11/25/2016 | 0.7799 | | |
| 11/28/2016 | 0.7697 | | |
| 11/29/2016 | 0.7645 | | |
| 11/30/2016 | 0.7748 | | |
| 12/1/2016 | 0.7799 | | |
| 12/2/2016 | 0.7696 | | |
| 12/5/2016 | 0.7901 | | |
| 12/6/2016 | 0.785 | | |
| 12/7/2016 | 0.8315 | | |
| 12/8/2016 | 0.8366 | | |
| 12/9/2016 | 0.8468 | | |
| 12/12/2016 | 0.8468 | | |
| 12/13/2016 | 0.8673 | | |
| 12/14/2016 | 0.9084 | | |
| 12/15/2016 | 0.8878 | | |
| 12/16/2016 | 0.8826 | | |
| 12/19/2016 | 0.8775 | | |
| 12/20/2016 | 0.8775 | | |
| 12/21/2016 | 0.8569 | | |
| 12/22/2016 | 0.8518 | | |
| 12/23/2016 | 0.8517 | | |
| 12/26/2016 | 0.8517 | | |
| 12/27/2016 | 0.8568 | | |
| 12/28/2016 | 0.8517 | | |
| 12/29/2016 | 0.8158 | | |
| 12/30/2016 | 0.8106 | | |
| 1/2/2017 | 0.8106 | | |
| 1/3/2017 | 0.826 | | |
| 1/4/2017 | 0.8623 | | |
| 1/5/2017 | 0.8212 | | |
| 1/6/2017 | 0.8314 | | |
| 1/9/2017 | 0.8057 | | |
| 1/10/2017 | 0.8006 | | |
| 1/11/2017 | 0.8057 | | |
| 1/12/2017 | 0.7954 | | |
| 1/13/2017 | 0.7954 | | |
| 1/16/2017 | 0.7954 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 1/17/2017 | 0.78 | | |
| 1/18/2017 | 0.8056 | | |
| 1/19/2017 | 0.8005 | | |
| 1/20/2017 | 0.7902 | | |
| 1/23/2017 | 0.7645 | | |
| 1/24/2017 | 0.7799 | | |
| 1/25/2017 | 0.785 | | |
| 1/26/2017 | 0.785 | | |
| 1/27/2017 | 0.785 | | |
| 1/30/2017 | 0.7747 | | |
| 1/31/2017 | 0.7593 | | |
| 2/1/2017 | 0.8212 | | |
| 2/2/2017 | 0.8109 | | |
| 2/3/2017 | 0.8006 | | |
| 2/6/2017 | 0.7801 | | |
| 2/7/2017 | 0.7801 | | |
| 2/8/2017 | 0.7749 | | |
| 2/9/2017 | 0.7852 | | |
| 2/10/2017 | 0.7903 | | |
| 2/13/2017 | 0.8005 | | |
| 2/14/2017 | 0.821 | | |
| 2/15/2017 | 0.8261 | | |
| 2/16/2017 | 0.7953 | | |
| 2/17/2017 | 0.7953 | | |
| 2/20/2017 | 0.7953 | | |
| 2/21/2017 | 0.7953 | | |
| 2/22/2017 | 0.7953 | | |
| 2/23/2017 | 0.7799 | | |
| 2/24/2017 | 0.7747 | | |
| 2/27/2017 | 0.7747 | | |
| 2/28/2017 | 0.8208 | | |
| 3/1/2017 | 0.9136 | | |
| 3/2/2017 | 0.9599 | | |
| 3/3/2017 | 0.9598 | | |
| 3/6/2017 | 0.965 | | |
| 3/7/2017 | 0.9958 | | |
| 3/8/2017 | 1.0163 | | |
| 3/9/2017 | 1.0318 | | |
| 3/10/2017 | 1.0266 | | |
| 3/13/2017 | 1.0471 | | |
| 3/14/2017 | 1.0368 | | |
| 3/15/2017 | 1.0008 | | |
| 3/16/2017 | 0.9853 | | |

*Villalta v. JS Barkats P.L.L.C.* **, Dkt. No. 16-cv-2772-RA-RWL**

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 3/17/2017 | 0.9801 | | |
| 3/20/2017 | 0.9801 | | |
| 3/21/2017 | 0.9698 | | |
| 3/22/2017 | 0.9647 | | |
| 3/23/2017 | 0.9595 | | |
| 3/24/2017 | 0.9646 | | |
| 3/27/2017 | 0.9748 | | |
| 3/28/2017 | 1.0108 | | |
| 3/29/2017 | 1.0319 | | |
| 3/30/2017 | 1.0216 | | |
| 3/31/2017 | 1.0164 | | |
| 4/3/2017 | 1.0061 | | |
| 4/4/2017 | 1.0215 | | |
| 4/5/2017 | 1.0163 | | |
| 4/6/2017 | 1.0266 | | |
| 4/7/2017 | 1.0574 | | |
| 4/10/2017 | 1.0523 | | |
| 4/11/2017 | 1.0368 | | |
| 4/12/2017 | 1.0162 | | |
| 4/13/2017 | 1.011 | | |
| 4/14/2017 | 1.011 | | |
| 4/17/2017 | 1.0161 | | |
| 4/18/2017 | 1.0007 | | |
| 4/19/2017 | 1.0006 | | |
| 4/20/2017 | 0.9903 | | |
| 4/21/2017 | 0.9749 | | |
| 4/24/2017 | 1.0057 | | |
| 4/25/2017 | 1.0262 | | |
| 4/26/2017 | 1.0628 | | |
| 4/27/2017 | 1.0525 | | |
| 4/28/2017 | 1.0576 | | |
| 5/1/2017 | 1.073 | | |
| 5/2/2017 | 1.0678 | | |
| 5/3/2017 | 1.0833 | | |
| 5/4/2017 | 1.0935 | | |
| 5/5/2017 | 1.0935 | | |
| 5/8/2017 | 1.1089 | | |
| 5/9/2017 | 1.1192 | | |
| 5/10/2017 | 1.1192 | | |
| 5/11/2017 | 1.1191 | | |
| 5/12/2017 | 1.1036 | | |
| 5/15/2017 | 1.1036 | | |
| 5/16/2017 | 1.0984 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|---|---|---|---|
| 5/17/2017 | 1.0726 | | |
| 5/18/2017 | 1.0726 | | |
| 5/19/2017 | 1.088 | | |
| 5/22/2017 | 1.0983 | | |
| 5/23/2017 | 1.124 | | |
| 5/24/2017 | 1.1504 | | |
| 5/25/2017 | 1.1504 | | |
| 5/26/2017 | 1.1452 | | |
| 5/29/2017 | 1.1452 | | |
| 5/30/2017 | 1.1451 | | |
| 5/31/2017 | 1.1503 | | |
| 6/1/2017 | 1.1451 | | |
| 6/2/2017 | 1.1502 | | |
| 6/5/2017 | 1.1553 | | |
| 6/6/2017 | 1.1449 | | |
| 6/7/2017 | 1.1655 | | |
| 6/8/2017 | 1.1707 | | |
| 6/9/2017 | 1.186 | | |
| 6/12/2017 | 1.1963 | | |
| 6/13/2017 | 1.2015 | | |
| 6/14/2017 | 1.186 | | |
| 6/15/2017 | 1.1962 | | |
| 6/16/2017 | 1.1859 | | |
| 6/19/2017 | 1.2013 | | |
| 6/20/2017 | 1.2064 | | |
| 6/21/2017 | 1.2124 | | |
| 6/22/2017 | 1.2072 | | |
| 6/23/2017 | 1.2019 | | |
| 6/26/2017 | 1.1967 | | |
| 6/27/2017 | 1.207 | | |
| 6/28/2017 | 1.2018 | | |
| 6/29/2017 | 1.2173 | | |
| 6/30/2017 | 1.2275 | | |
| 7/2/2017 | 1.2327 | | |
| 7/3/2017 | 1.2429 | | |
| 7/4/2017 | 1.2429 | | |
| 7/5/2017 | 1.2274 | | |
| 7/6/2017 | 1.2171 | | |
| 7/7/2017 | 1.2067 | | |
| 7/9/2017 | 1.2118 | | |
| 7/10/2017 | 1.2066 | | |
| 7/11/2017 | 1.1963 | | |
| 7/12/2017 | 1.1911 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 7/13/2017 | 1.2014 | | |
| 7/14/2017 | 1.1962 | | |
| 7/17/2017 | 1.1961 | | |
| 7/18/2017 | 1.191 | | |
| 7/19/2017 | 1.2175 | | |
| 7/20/2017 | 1.2072 | | |
| 7/21/2017 | 1.2071 | | |
| 7/24/2017 | 1.2174 | | |
| 7/25/2017 | 1.2277 | | |
| 7/26/2017 | 1.2173 | | |
| 7/27/2017 | 1.2173 | | |
| 7/28/2017 | 1.2069 | | |
| 7/31/2017 | 1.212 | | |
| 8/1/2017 | 1.2068 | | |
| 8/2/2017 | 1.2119 | | |
| 8/3/2017 | 1.2106 | | |
| 8/4/2017 | 1.2183 | | |
| 8/7/2017 | 1.2208 | | |
| 8/8/2017 | 1.2221 | | |
| 8/9/2017 | 1.2027 | | |
| 8/10/2017 | 1.2014 | | |
| 8/11/2017 | 1.1949 | | |
| 8/14/2017 | 1.2052 | | |
| 8/15/2017 | 1.227 | | |
| 8/16/2017 | 1.2382 | | |
| 8/17/2017 | 1.2227 | | |
| 8/18/2017 | 1.2226 | | |
| 8/21/2017 | 1.2148 | | |
| 8/22/2017 | 1.2277 | | |
| 8/23/2017 | 1.2173 | | |
| 8/24/2017 | 1.2289 | | |
| 8/25/2017 | 1.2249 | | |
| 8/28/2017 | 1.2288 | | |
| 8/29/2017 | 1.2158 | | |
| 8/30/2017 | 1.2184 | | |
| 8/31/2017 | 1.2171 | | |
| 9/1/2017 | 1.2221 | | |
| 9/4/2017 | 1.2221 | | |
| 9/5/2017 | 1.2092 | | |
| 9/6/2017 | 1.2272 | | |
| 9/7/2017 | 1.2001 | | |
| 9/8/2017 | 1.1975 | | |
| 9/11/2017 | 1.2245 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|---|---|---|---|
| 9/12/2017 | 1.2206 | | |
| 9/13/2017 | 1.264 | | |
| 9/14/2017 | 1.2769 | | |
| 9/15/2017 | 1.2897 | | |
| 9/18/2017 | 1.2948 | | |
| 9/19/2017 | 1.2922 | | |
| 9/20/2017 | 1.2948 | | |
| 9/21/2017 | 1.2999 | | |
| 9/22/2017 | 1.2946 | | |
| 9/25/2017 | 1.2843 | | |
| 9/26/2017 | 1.292 | | |
| 9/27/2017 | 1.3023 | | |
| 9/28/2017 | 1.2868 | | |
| 9/29/2017 | 1.2892 | | |
| 10/2/2017 | 1.2866 | | |
| 10/3/2017 | 1.2866 | | |
| 10/4/2017 | 1.3098 | | |
| 10/5/2017 | 1.333 | | |
| 10/6/2017 | 1.3329 | | |
| 10/9/2017 | 1.3329 | | |
| 10/10/2017 | 1.3586 | | |
| 10/11/2017 | 1.3985 | | |
| 10/12/2017 | 1.3958 | | |
| 10/13/2017 | 1.3879 | | |
| 10/16/2017 | 1.4034 | | |
| 10/17/2017 | 1.3982 | | |
| 10/18/2017 | 1.4059 | | |
| 10/19/2017 | 1.3955 | | |
| 10/20/2017 | 1.4135 | | |
| 10/23/2017 | 1.4031 | | |
| 10/24/2017 | 1.4135 | | |
| 10/25/2017 | 1.4134 | | |
| 10/26/2017 | 1.4185 | | |
| 10/27/2017 | 1.4055 | | |
| 10/30/2017 | 1.408 | | |
| 10/31/2017 | 1.4209 | | |
| 11/1/2017 | 1.4312 | | |
| 11/2/2017 | 1.4338 | | |
| 11/3/2017 | 1.4569 | | |
| 11/6/2017 | 1.4776 | | |
| 11/7/2017 | 1.4879 | | |
| 11/8/2017 | 1.5202 | | |
| 11/9/2017 | 1.515 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|---|---|---|---|
| 11/10/2017 | 1.5278 | | |
| 11/13/2017 | 1.5381 | | |
| 11/14/2017 | 1.5458 | | |
| 11/15/2017 | 1.538 | | |
| 11/16/2017 | 1.59 | | |
| 11/17/2017 | 1.6 | | |
| 11/20/2017 | 1.62 | | |
| 11/21/2017 | 1.62 | | |
| 11/22/2017 | 1.61 | | |
| 11/24/2017 | 1.61 | | |
| 11/27/2017 | 1.62 | | |
| 11/28/2017 | 1.61 | | |
| 11/29/2017 | 1.61 | | |
| 11/30/2017 | 1.62 | | |
| 12/1/2017 | 1.62 | | |
| 12/4/2017 | 1.66 | | |
| 12/5/2017 | 1.64 | | |
| 12/6/2017 | 1.68 | | |
| 12/7/2017 | 1.67 | | |
| 12/8/2017 | 1.65 | | |
| 12/11/2017 | 1.69 | | |
| 12/12/2017 | 1.7 | | |
| 12/13/2017 | 1.68 | | |
| 12/14/2017 | 1.7 | | |
| 12/15/2017 | 1.71 | | |
| 12/18/2017 | 1.7 | | |
| 12/19/2017 | 1.71 | | |
| 12/20/2017 | 1.72 | | |
| 12/21/2017 | 1.73 | | |
| 12/22/2017 | 1.73 | | |
| 12/24/2017 | 1.7138 | | |
| 12/26/2017 | 1.75 | | |
| 12/27/2017 | 1.75 | | |
| 12/28/2017 | 1.76 | | |
| 12/29/2017 | 1.76 | | |
| 12/31/2017 | 1.7316 | | |
| 1/2/2018 | 1.83 | | |
| 1/3/2018 | 1.81 | | |
| 1/4/2018 | 1.82 | | |
| 1/5/2018 | 1.8 | | |
| 1/8/2018 | 1.79 | | |
| 1/9/2018 | 1.78 | | |
| 1/10/2018 | 1.78 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 1/11/2018 | 1.77 | | |
| 1/12/2018 | 1.78 | | |
| 1/14/2018 | 1.7714 | | |
| 1/16/2018 | 1.79 | | |
| 1/17/2018 | 1.79 | | |
| 1/18/2018 | 1.79 | | |
| 1/19/2018 | 1.79 | | |
| 1/22/2018 | 1.79 | | |
| 1/23/2018 | 1.78 | | |
| 1/24/2018 | 1.79 | | |
| 1/25/2018 | 1.8 | | |
| 1/26/2018 | 1.8 | | |
| 1/29/2018 | 1.8 | | |
| 1/30/2018 | 1.88 | | |
| 1/31/2018 | 1.9 | | |
| 2/1/2018 | 1.89 | | |
| 2/2/2018 | 1.88 | | |
| 2/5/2018 | 1.85 | | |
| 2/6/2018 | 1.87 | | |
| 2/7/2018 | 1.91 | | |
| 2/8/2018 | 1.91 | | |
| 2/9/2018 | 1.89 | | |
| 2/12/2018 | 1.93 | | |
| 2/13/2018 | 1.95 | | |
| 2/14/2018 | 1.98 | | |
| 2/15/2018 | 1.99 | | |
| 2/16/2018 | 2 | | |
| 2/18/2018 | 1.9714 | | |
| 2/20/2018 | 2.01 | | |
| 2/21/2018 | 2.03 | | |
| 2/22/2018 | 2.02 | | |
| 2/23/2018 | 2.02 | | |
| 2/26/2018 | 2.03 | | |
| 2/27/2018 | 2.08 | | |
| 2/28/2018 | 2.07 | | |
| 3/1/2018 | 2.05 | | |
| 3/2/2018 | 2.06 | | |
| 3/5/2018 | 2.06 | | |
| 3/6/2018 | 2.06 | | |
| 3/7/2018 | 2.05 | | |
| 3/8/2018 | 2.05 | | |
| 3/9/2018 | 2.03 | | |
| 3/12/2018 | 2.05 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 3/13/2018 | 2.03 | | |
| 3/14/2018 | 2.05 | | |
| 3/15/2018 | 2.07 | | |
| 3/16/2018 | 2.08 | | |
| 3/19/2018 | 2.08 | | |
| 3/20/2018 | 2.08 | | |
| 3/21/2018 | 2.06 | | |
| 3/22/2018 | 2.05 | | |
| 3/23/2018 | 2.04 | | |
| 3/26/2018 | 2.06 | | |
| 3/27/2018 | 2.1 | | |
| 3/28/2018 | 2.12 | | |
| 3/29/2018 | 2.09 | | |
| 4/2/2018 | 2.08 | | |
| 4/3/2018 | 2.09 | | |
| 4/4/2018 | 2.07 | | |
| 4/5/2018 | 2.07 | | |
| 4/6/2018 | 2.06 | | |
| 4/9/2018 | 2.08 | | |
| 4/10/2018 | 2.09 | | |
| 4/11/2018 | 2.09 | | |
| 4/12/2018 | 2.11 | | |
| 4/13/2018 | 2.12 | | |
| 4/16/2018 | 2.12 | | |
| 4/17/2018 | 2.16 | | |
| 4/18/2018 | 2.17 | | |
| 4/19/2018 | 2.21 | | |
| 4/20/2018 | 2.22 | | |
| 4/23/2018 | 2.25 | | |
| 4/24/2018 | 2.25 | | |
| 4/25/2018 | 2.26 | | |
| 4/26/2018 | 2.25 | | |
| 4/27/2018 | 2.24 | | |
| 4/30/2018 | 2.24 | | |
| 5/1/2018 | 2.26 | | |
| 5/2/2018 | 2.24 | | |
| 5/3/2018 | 2.24 | | |
| 5/4/2018 | 2.24 | | |
| 5/7/2018 | 2.25 | | |
| 5/8/2018 | 2.26 | | |
| 5/9/2018 | 2.27 | | |
| 5/10/2018 | 2.27 | | |
| 5/11/2018 | 2.28 | | |

*Villalta v. JS Barkats P.L.L.C.*, Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 5/14/2018 | 2.28 | | |
| 5/15/2018 | 2.31 | | |
| 5/16/2018 | 2.32 | | |
| 5/17/2018 | 2.32 | | |
| 5/18/2018 | 2.32 | | |
| 5/21/2018 | 2.35 | | |
| 5/22/2018 | 2.34 | | |
| 5/23/2018 | 2.29 | | |
| 5/24/2018 | 2.28 | | |
| 5/25/2018 | 2.27 | | |
| 5/29/2018 | 2.17 | | |
| 5/30/2018 | 2.23 | | |
| 5/31/2018 | 2.23 | | |
| 6/1/2018 | 2.28 | | |
| 6/4/2018 | 2.3 | | |
| 6/5/2018 | 2.32 | | |
| 6/6/2018 | 2.32 | | |
| 6/7/2018 | 2.31 | | |
| 6/8/2018 | 2.3 | | |
| 6/11/2018 | 2.32 | | |
| 6/12/2018 | 2.31 | | |
| 6/13/2018 | 2.35 | | |
| 6/14/2018 | 2.35 | | |
| 6/15/2018 | 2.35 | | |
| 6/18/2018 | 2.35 | | |
| 6/19/2018 | 2.34 | | |
| 6/20/2018 | 2.36 | | |
| 6/21/2018 | 2.34 | | |
| 6/22/2018 | 2.33 | | |
| 6/25/2018 | 2.34 | | |
| 6/26/2018 | 2.33 | | |
| 6/27/2018 | 2.33 | | |
| 6/28/2018 | 2.33 | | |
| 6/29/2018 | 2.33 | | |
| 7/2/2018 | 2.34 | | |
| 7/3/2018 | 2.33 | | |
| 7/5/2018 | 2.32 | | |
| 7/6/2018 | 2.34 | | |
| 7/9/2018 | 2.34 | | |
| 7/10/2018 | 2.36 | | |
| 7/11/2018 | 2.36 | | |
| 7/12/2018 | 2.39 | | |
| 7/13/2018 | 2.37 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL
**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 7/16/2018 | 2.39 | | |
| 7/17/2018 | 2.39 | | |
| 7/18/2018 | 2.43 | | |
| 7/19/2018 | 2.4 | | |
| 7/20/2018 | 2.41 | | |
| 7/23/2018 | 2.42 | | |
| 7/24/2018 | 2.42 | | |
| 7/25/2018 | 2.42 | | |
| 7/26/2018 | 2.41 | | |
| 7/27/2018 | 2.43 | | |
| 7/30/2018 | 2.43 | | |
| 7/31/2018 | 2.44 | | |
| 8/1/2018 | 2.45 | | |
| 8/2/2018 | 2.45 | | |
| 8/3/2018 | 2.43 | | |
| 8/6/2018 | 2.44 | | |
| 8/7/2018 | 2.45 | | |
| 8/8/2018 | 2.44 | | |
| 8/9/2018 | 2.44 | | |
| 8/10/2018 | 2.42 | | |
| 8/13/2018 | 2.42 | | |
| 8/14/2018 | 2.44 | | |
| 8/15/2018 | 2.45 | | |
| 8/16/2018 | 2.45 | | |
| 8/17/2018 | 2.44 | | |
| 8/20/2018 | 2.43 | | |
| 8/21/2018 | 2.45 | | |
| 8/22/2018 | 2.43 | | |
| 8/23/2018 | 2.43 | | |
| 8/24/2018 | 2.44 | | |
| 8/27/2018 | 2.47 | | |
| 8/28/2018 | 2.47 | | |
| 8/29/2018 | 2.48 | | |
| 8/30/2018 | 2.47 | | |
| 8/31/2018 | 2.46 | | |
| 9/4/2018 | 2.49 | | |
| 9/5/2018 | 2.49 | | |
| 9/6/2018 | 2.5 | | |
| 9/7/2018 | 2.53 | | |
| 9/10/2018 | 2.54 | | |
| 9/11/2018 | 2.55 | | |
| 9/12/2018 | 2.56 | | |
| 9/13/2018 | 2.55 | | |

*Villalta v. JS Barkats P.L.L.C.* , Dkt. No. 16-cv-2772-RA-RWL

**Exhibit 2 – Daily Treasury Interest Rates\***

| Date | Value | Total Average Value | 1.01407 |
|------|-------|---------------------|---------|
| 9/14/2018 | 2.56 | | |
| 9/17/2018 | 2.57 | | |
| 9/18/2018 | 2.58 | | |
| 9/19/2018 | 2.58 | | |
| 9/20/2018 | 2.58 | | |
| 9/21/2018 | 2.58 | | |
| 9/24/2018 | 2.6 | | |
| 9/25/2018 | 2.59 | | |
| 9/26/2018 | 2.58 | | |
| 9/27/2018 | 2.58 | | |
| 9/28/2018 | 2.59 | | |
| 10/1/2018 | 2.6 | | |
| 10/2/2018 | 2.61 | | |
| 10/3/2018 | 2.62 | | |
| 10/4/2018 | 2.63 | | |
| 10/5/2018 | 2.64 | | |
| 10/9/2018 | 2.65 | | |
| 10/10/2018 | 2.67 | | |
| 10/11/2018 | 2.66 | | |
| 10/12/2018 | 2.66 | | |
| 10/15/2018 | 2.67 | | |
| 10/16/2018 | 2.66 | | |
| 10/17/2018 | 2.66 | | |
| 10/18/2018 | 2.67 | | |
| 10/19/2018 | 2.67 | | |
| 10/22/2018 | 2.68 | | |
| 10/23/2018 | 2.67 | | |
| 10/24/2018 | 2.64 | | |
| 10/25/2018 | 2.66 | | |
| 10/26/2018 | 2.63 | | |
| 10/29/2018 | 2.64 | | |
| 10/30/2018 | 2.66 | | |
| 10/31/2018 | 2.69 | | |