**Borrelli & Associates, P.L.L.C.**
910 Franklin Avenue, Suite 200
Garden City, NY 11530
(516) 248-5550

---

Denisse Villalta                                              April 12, 2021

In Reference To
Invoice #12443

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2020 | MJB | receive and review contents of electronic court filing system bounce regarding notice to attorney | 0.10 400.00/hr | 40.00 |
| | MJB | receive and review contents of electronic court filing system bounce regarding note to attorney | 0.10 400.00/hr | 40.00 |
| | MJB | receive and review contents of electronic court filing system bounce regarding notice to attorney | 0.10 400.00/hr | 40.00 |
| | MJB | email correspondence with Alexander T. Coleman, Esquire and Michael R. Minkoff, Esquire regarding notice to attorney | 0.10 400.00/hr | 40.00 |
| | ATC | Review and revise affidavit | 0.10 350.00/hr | 35.00 |
| | ATC | email correspondence with Luiggi Tapia, Paralegal and Michael R. Minkoff, Esquire regarding revisions to affidavit | 0.10 350.00/hr | 35.00 |
| | MJB | receive and review contents of electronic court filing system bounce regarding declaration | 0.10 400.00/hr | 40.00 |
| | MJB | receive and review contents of electronic court filing system bounce regarding declaration | 0.10 400.00/hr | 40.00 |
| | MJB | receive and review contents of electronic court filing system bounce regarding declaration | 0.10 400.00/hr | 40.00 |
| | MJB | receive and review contents of electronic court filing system bounce regarding affidavit | 0.10 400.00/hr | 40.00 |
| | MJB | receive and review contents of electronic court filing system bounce regarding affidavit of service | 0.10 400.00/hr | 40.00 |
| | MRM | email correspondence with electronic court filing system bounce help desk and Alexander T. Coleman, Esquire and Luiggi Tapia, Paralegal regarding correcting filing error | 0.20 295.00/hr | 59.00 |
| | ATC | receive and review contents of electronic court filing system bounce regarding notice to attorney | 0.10 350.00/hr | NO CHARGE |

Denisse Villalta                                                                                                                         Page     2

|            |     |                                                                                                                       | Hrs/Rate         | Amount      |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------|------------------|-------------|
| 12/3/2020  | MRM | receive and review contents of electronic court filing system bounce regarding notice to attorney                    | 0.10 295.00/hr  | NO CHARGE   |
|            | ATC | receive and review contents of electronic court filing system bounce regarding note to attorney                      | 0.10 350.00/hr  | NO CHARGE   |
|            | MRM | receive and review contents of electronic court filing system bounce regarding note to attorney                      | 0.10 295.00/hr  | NO CHARGE   |
|            | ATC | receive and review contents of electronic court filing system bounce regarding notice to attorney                    | 0.10 350.00/hr  | NO CHARGE   |
|            | MRM | receive and review contents of electronic court filing system bounce regarding notice to attorney                    | 0.10 295.00/hr  | NO CHARGE   |
|            | ATC | email correspondence with Michael J. Borrelli, Esquire and Michael R. Minkoff, Esquire regarding notice to attorney  | 0.10 350.00/hr  | NO CHARGE   |
|            | MRM | email correspondence with Michael J. Borrelli, Esquire and Alexander T. Coleman, Esquire regarding notice to attorney | 0.10 295.00/hr | NO CHARGE   |
|            | MRM | email correspondence with Luiggi Tapia, Paralegal and Alexander T. Coleman, Esquire regarding revisions to affidavit  | 0.10 295.00/hr | NO CHARGE   |
|            | LT  | email correspondence with Michael R. Minkoff, Esquire and Alexander T. Coleman, Esquire regarding revisions to affidavit | 0.10 100.00/hr | NO CHARGE |
|            | ATC | receive and review contents of electronic court filing system bounce regarding declaration                           | 0.10 350.00/hr  | NO CHARGE   |
|            | MRM | receive and review contents of electronic court filing system bounce regarding declaration                           | 0.10 295.00/hr  | NO CHARGE   |
|            | ATC | receive and review contents of electronic court filing system bounce regarding declaration                           | 0.10 350.00/hr  | NO CHARGE   |
|            | MRM | receive and review contents of electronic court filing system bounce regarding declaration                           | 0.10 295.00/hr  | NO CHARGE   |
|            | ATC | receive and review contents of electronic court filing system bounce regarding declaration                           | 0.10 350.00/hr  | NO CHARGE   |
|            | MRM | receive and review contents of electronic court filing system bounce regarding declaration                           | 0.10 295.00/hr  | NO CHARGE   |
|            | ATC | receive and review contents of electronic court filing system bounce regarding affidavit                             | 0.10 350.00/hr  | NO CHARGE   |
|            | MRM | receive and review contents of electronic court filing system bounce regarding affidavit                             | 0.10 295.00/hr  | NO CHARGE   |
|            | ATC | receive and review contents of electronic court filing system bounce regarding affidavit of service                  | 0.10 350.00/hr  | NO CHARGE   |

Denisse Villalta                                                                                                                Page     3

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2020 | MRM | receive and review contents of electronic court filing system bounce regarding affidavit of service | 0.10 295.00/hr | NO CHARGE |
| | ATC | email correspondence with electronic court filing system bounce help desk and Michael R. Minkoff, Esquire and Luiggi Tapia, Paralegal regarding correcting filing error | 0.20 350.00/hr | 70.00 |
| | LT | email correspondence with electronic court filing system bounce help desk and Michael R. Minkoff, Esquire and Alexander T. Coleman, Esquire regarding correcting filing error | 0.20 100.00/hr | 20.00 |
| 12/9/2020 | ATC | email correspondence with Michael R. Minkoff, Esquire regarding opposing counsel's request for extension | 0.10 350.00/hr | 35.00 |
| | MRM | email correspondence with Alexander T. Coleman, Esquire regarding opposing counsel's request for extension | 0.10 295.00/hr | NO CHARGE |
| 12/11/2020 | ATC | receive and review contents of electronic court filing system bounce regarding d's motion for extension | 0.10 350.00/hr | NO CHARGE |
| | MRM | email correspondence with opposing counsel regarding requesting add'l time to file response | 0.10 295.00/hr | 29.50 |
| | MRM | receive and review contents of electronic court filing system bounce regarding opposing counsel request for add'l time | 0.10 295.00/hr | NO CHARGE |
| | MJB | receive and review contents of electronic court filing system bounce regarding letter motion | 0.10 400.00/hr | 40.00 |
| | ATC | receive and review contents of electronic court filing system bounce regarding order on motion for extension | 0.10 350.00/hr | NO CHARGE |
| | MJB | receive and review contents of electronic court filing system bounce regarding order | 0.10 400.00/hr | 40.00 |
| | MRM | receive and review contents of electronic court filing system bounce regarding order granting d request for more time | 0.10 295.00/hr | NO CHARGE |
| 1/11/2021 | ATC | receive and review contents of electronic court filing system bounce regarding d's motion for extension | 0.10 350.00/hr | NO CHARGE |
| | MJB | receive and review contents of electronic court filing system bounce regarding letter motion | 0.10 400.00/hr | 40.00 |
| | MRM | email correspondence with opposing counsel regarding extension of time request | 0.10 295.00/hr | 29.50 |
| | MRM | receive and review electronic court filing system bounce regarding opposing counsel request for extension | 0.10 295.00/hr | NO CHARGE |
| 1/12/2021 | MRM | receive and review contents of electronic court filing system bounce regarding granting extension request | 0.10 295.00/hr | NO CHARGE |

Denisse Villalta                                                                                                                   Page     4

|            |     |                                                                                                                                                     | Hrs/Rate          | Amount     |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 1/12/2021  | ATC | receive and review contents of electronic court filing system bounce regarding order on motion for extension                                        | 0.10 350.00/hr    | NO CHARGE  |
|            | MJB | receive and review contents of electronic court filing system bounce regarding order                                                                | 0.10 400.00/hr    | 40.00      |
| 1/26/2021  | ATC | receive and review contents of electronic court filing system bounce regarding d's opposition to damages brief                                      | 0.10 350.00/hr    | NO CHARGE  |
|            | ATC | email correspondence with Michael R. Minkoff, Esquire and Michael J. Borrelli, Esquire regarding d's opposition to damages brief                    | 0.10 350.00/hr    | NO CHARGE  |
|            | MJB | receive and review contents of electronic court filing system bounce regarding memo of law                                                          | 0.10 400.00/hr    | 40.00      |
|            | MJB | email correspondence with Michael R. Minkoff, Esquire and Alexander T. Coleman, Esquire regarding memo of law                                       | 0.10 400.00/hr    | 40.00      |
|            | MRM | email correspondence with opposing counsel regarding late filing                                                                                    | 0.10 295.00/hr    | 29.50      |
|            | MRM | receive and review contents of electronic court filing system bounce regarding opposing counsel opposition to FF&CL                                 | 0.10 295.00/hr    | NO CHARGE  |
|            | MRM | Receive and review opposing counsel opposition to FF&CL                                                                                             | 0.40 295.00/hr    | 118.00     |
|            | MRM | email correspondence with Michael J. Borrelli, Esquire and Alexander T. Coleman, Esquire regarding status and strategy with respect to FF&CL and opposing counsel opposition thereto | 0.10 295.00/hr    | NO CHARGE  |
| 1/27/2021  | MRM | email correspondence with plaintiff regarding status of current matter                                                                              | 0.20 295.00/hr    | 59.00      |
|            | MRM | Phone call to client; left message                                                                                                                  | 0.10 295.00/hr    | 29.50      |
| 3/1/2021   | ATC | receive and review contents of electronic court filing system bounce regarding scheduling order regarding inquest                                   | 0.10 350.00/hr    | NO CHARGE  |
|            | MJB | receive and review contents of electronic court filing system bounce regarding order                                                                | 0.10 400.00/hr    | 40.00      |
|            | MRM | receive and review contents of electronic court filing system bounce regarding order scheduling inquest                                             | 0.10 295.00/hr    | NO CHARGE  |
|            | MRM | Text correspondence with Alexander T. Coleman, Esquire regarding status and strategy for inquest                                                    | 0.10 295.00/hr    | NO CHARGE  |
|            | ATC | Text correspondence with Michael R. Minkoff, Esquire regarding status and strategy for inquest                                                      | 0.10 350.00/hr    | 35.00      |
| 3/4/2021   | MRM | Phone call to client; left message                                                                                                                  | 0.10 295.00/hr    | 29.50      |

Denisse Villalta                                                                                                         Page     5

|              |     |                                                                                                                  | Hrs/Rate         | Amount     |
|--------------|-----|------------------------------------------------------------------------------------------------------------------|------------------|------------|
| 3/8/2021     | MRM | Phone conference with client regarding preparation for inquest                                                    | 0.30<br>295.00/hr | 88.50     |
| 3/11/2021    | MRM | Draft, review and revise correspondence to court regarding unredacted documents                                   | 0.10<br>295.00/hr | 29.50     |
|              | MRM | email correspondence with Luiggi Tapia, Paralegal regarding filing unredacted documents                           | 0.10<br>295.00/hr | 29.50     |
|              | MRM | receive and review contents of electronic court filing system bounce regarding unredacted documents               | 0.10<br>295.00/hr | NO CHARGE |
|              | MJB | receive and review contents of electronic court filing system bounce regarding medical records                    | 0.10<br>400.00/hr | NO CHARGE |
|              | MJB | email correspondence with Alexander T. Coleman, Esquire and Michael R. Minkoff, Esquire regarding medical records | 0.10<br>400.00/hr | 40.00     |
|              | LT  | email correspondence with Michael R. Minkoff, Esquire regarding filing unredacted documents                       | 0.10<br>100.00/hr | NO CHARGE |
|              | ATC | receive and review contents of electronic court filing system bounce regarding unredacted documents               | 0.10<br>350.00/hr | NO CHARGE |
|              | ATC | email correspondence with Michael J. Borrelli, Esquire and Michael R. Minkoff, Esquire regarding medical records  | 0.10<br>350.00/hr | NO CHARGE |
|              | MRM | email correspondence with Michael J. Borrelli, Esquire and Alexander T. Coleman, Esquire regarding medical records | 0.10<br>295.00/hr | NO CHARGE |
| 3/30/2021    | MRM | email correspondence with court regarding notice for inquest                                                      | 0.10<br>295.00/hr | 29.50     |
|              | MJB | email correspondence with court and all sides regarding inquest                                                   | 0.10<br>400.00/hr | 40.00     |
|              | ATC | email correspondence with chambers and all counsel regarding scheduling of inquest                                | 0.10<br>350.00/hr | 35.00     |
| 3/31/2021    | MJB | email correspondence with court regarding inquest                                                                 | 0.10<br>400.00/hr | 40.00     |
| 4/5/2021     | ATC | Conference with Michael R. Minkoff, Esquire regarding preparation for inquest                                     | 0.20<br>350.00/hr | 70.00     |
|              | MRM | email correspondence with court regarding link for plaintiff to appear at inquest                                 | 0.10<br>295.00/hr | 29.50     |
|              | MRM | email correspondence with plaintiff regarding inquest                                                             | 0.20<br>295.00/hr | 59.00     |
|              | MRM | phone conference w/ client; left message                                                                          | 0.10<br>295.00/hr | 29.50     |

Denisse Villalta                                                                                                              Page      6

|            |     |                                                                                                                         | Hrs/Rate         | Amount    |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------|------------------|-----------|
| 4/5/2021   | MRM | phone conference w/ client regarding inquest preparation                                                                | 2.10<br>295.00/hr | 619.50    |
|            | MRM | conference w/ Alexander T. Coleman, Esquire regarding status and strategy with respect to inquest preparation           | 0.20<br>295.00/hr | NO CHARGE |
|            | MRM | Preparation of materials for inquest                                                                                    | 1.10<br>295.00/hr | 324.50    |
| 4/6/2021   | MRM | File Review regarding preparation for inquest                                                                           | 3.20<br>295.00/hr | 944.00    |
|            | MRM | Phone conference with client regarding inquest preparation                                                              | 2.30<br>295.00/hr | 678.50    |
| 4/7/2021   | ATC | receive and review contents of electronic court filing system bounce regarding minute entry after conference            | 0.10<br>350.00/hr | NO CHARGE |
|            | ATC | receive and review contents of electronic court filing system bounce regarding order after hearing                      | 0.10<br>350.00/hr | NO CHARGE |
|            | ATC | email correspondence with Michael R. Minkoff, Esquire and Michael J. Borrelli, Esquire regarding recap of today's hearing and next steps | 0.10<br>350.00/hr | NO CHARGE |
|            | MJB | receive and review contents of electronic court filing system bounce regarding order                                    | 0.10<br>400.00/hr | 40.00     |
|            | MJB | receive and review contents of electronic court filing system bounce regarding minute entry                             | 0.10<br>400.00/hr | 40.00     |
|            | MRM | Preparation for inquest                                                                                                 | 2.70<br>295.00/hr | 796.50    |
|            | MRM | Conference with client regarding inquest preparation                                                                    | 0.60<br>295.00/hr | 177.00    |
|            | MRM | Court Appearance - inquest                                                                                              | 2.70<br>295.00/hr | 796.50    |
|            | MRM | Phone conference with client regarding outcome of inquest and next steps                                                | 0.20<br>295.00/hr | 59.00     |
|            | MRM | receive and review contents of electronic court filing system bounce regarding minute entry                             | 0.10<br>295.00/hr | NO CHARGE |
|            | MRM | receive and review contents of electronic court filing system bounce regarding order with respect to submission         | 0.10<br>295.00/hr | NO CHARGE |
|            | MRM | email correspondence with Alexander T. Coleman, Esquire and Michael J. Borrelli, Esquire regarding recap of today's hearing and next steps | 0.10<br>295.00/hr | NO CHARGE |

Denisse Villalta                                                                                                                 Page        7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/7/2021 | MJB | email correspondence with Alexander T. Coleman, Esquire and Michael R. Minkoff, Esquire regarding recap of today's hearing and next steps | 0.10<br>400.00/hr | 40.00 |
| 4/12/2021 | ATC | Conference with Michael R. Minkoff, Esquire regarding strategy in responding to court's order regarding economic damages | 0.10<br>350.00/hr | 35.00 |
|  | ATC | email correspondence with Michael R. Minkoff, Esquire and Michael J. Borrelli, Esquire regarding revisions to letter to court | 0.20<br>350.00/hr | NO CHARGE |
|  | ATC | review and revise letter to court | 0.10<br>350.00/hr | 35.00 |
|  | MJB | email correspondence with Alexander T. Coleman, Esquire and Michael R. Minkoff, Esquire regarding draft court submission dics | 0.20<br>400.00/hr | 80.00 |
|  | MJB | email correspondence with Añeila Gonzalez, Office Manager and Alexander T. Coleman, Esquire and Michael R. Minkoff, Esquire regarding draft court submission dics | 0.10<br>400.00/hr | 40.00 |
|  | MRM | Conference with Alexander T. Coleman, Esquire regarding strategy in responding to court's order regarding economic damages | 0.10<br>295.00/hr | NO CHARGE |
|  | MRM | email correspondence with Alexander T. Coleman, Esquire and Michael J. Borrelli, Esquire regarding revisions to letter to court | 0.20<br>295.00/hr | NO CHARGE |
|  | ATC | email correspondence with Añeila Gonzalez, Office Manager and Michael J. Borrelli, Esquire and Michael R. Minkoff, Esquire regarding draft court submission dics | 0.10<br>350.00/hr | NO CHARGE |
|  | MRM | email correspondence with Añeila Gonzalez, Office Manager and Michael J. Borrelli, Esquire and Alexander T. Coleman, Esquire regarding draft court submission dics | 0.10<br>295.00/hr | NO CHARGE |
|  | ASG | email correspondence with Michael R. Minkoff, Esquire and Michael J. Borrelli, Esquire and Alexander T. Coleman, Esquire regarding draft court submission dics | 0.10<br>100.00/hr | NO CHARGE |
|  | MRM | Review and revise draft damages calculation | 0.40<br>295.00/hr | 118.00 |
|  | MRM | Draft, review and revise correspondence to court regarding revised damages calculation | 0.30<br>295.00/hr | 88.50 |
|  | ATC | Review and revise second draft letter to court | 0.20<br>350.00/hr | 70.00 |
|  | ATC | email correspondence with Michael R. Minkoff, Esquire Copying Michael J. Borrelli, Esquire regarding revisions to second draft letter to court | 0.10<br>350.00/hr | 35.00 |
|  | MRM | email correspondence with Alexander T. Coleman, Esquire Copying Michael J. Borrelli, Esquire regarding revisions to second draft letter to court | 0.10<br>295.00/hr | NO CHARGE |

Denisse Villalta                                                                                              Page      8

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/12/2021 MJB | Copied on email correspondence between Michael R. Minkoff, Esquire and Alexander T. Coleman, Esquire regarding revisions to second draft letter to court | 0.10<br>400.00/hr | NO CHARGE |
|  | **For professional services rendered** | **28.00** | **$6,790.50** |
|  | Balance due |  | $6,790.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexander T. Coleman | 1.40 | 350.00 | $490.00 |
| Luiggi Tapia | 0.20 | 100.00 | $20.00 |
| Michael J. Borrelli | 2.50 | 400.00 | $1,000.00 |
| Michael R. Minkoff | 17.90 | 295.00 | $5,280.50 |