USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DENISSE VILLALTA,

                      Plaintiff,                    16 **CIVIL** 2772 (RA)

          -against-                    **JUDGMENT**

JS BARKATS, P.L.L.C. and SUNNY BARKATS,
                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated June 16, 2021, as no objections to the Report were filed, the Court has reviewed Judge Lehrburger's Report for clear error. The Court finds no error clear or otherwise and thus the well-reasoned Report is adopted in its entirety. Plaintiff is awarded (1) lost wages damages in the amount of $24,352.85, inclusive of pre-judgment interest; (2) emotional harm damages in the amount of $350,000; (3) punitive damages in the amount of $700,000; (4) reasonable attorneys' fees in the amount of $128,056.74; (5) costs in the amount of $2,285.28; and (6) post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
         June 17, 2021

                                                **RUBY J. KRAJICK**
                                                   Clerk of Court

                          BY:
                                                    **Deputy Clerk**